≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Laura Luz Maria Torres Romero | Case Number: 20-mj-8229-DLB |

| PRESIDING JUDGE<br>Dave Lee Brannon | PLAINTIFF'S ATTORNEY<br>Adrienne Rabinowitz | DEFENDANT'S ATTORNEY<br>Bruce Zimet/Jack Goldberger |
|---|---|---|
| TRIAL DATE (S)<br>7/1/2020 | COURT REPORTER<br>DAR 10:14:36; 12:12:41 | COURTROOM DEPUTY<br>Stephanie Payne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/1/2020 | X | X | June 10, 2020 Letter Agreement |
| 2 | | 7/1/2020 | X | X | June 17, 2020 Letter Agreement |
| 3 | | 7/1/2020 | X | X | Sales Contract 3016 Stanford Rd |
| 4 | | 7/1/2020 | X | X | Closing Statement 3016 Stanford Rd |
| 5 | | 7/1/2020 | X | X | Closing Statement 9434 Pinto Dr. |
| 6 | | 7/1/2020 | X | X | Laura Torres Entry Documents |
| 7 | | 7/1/2020 | X | X | Laura Torres CA Driver's License |
| 8 | | 7/1/2020 | X | X | Fingerprint Report |
| 9 | | 7/1/2020 | X | X | June 2, 2020 Letter pre-charge/pre-arrest conditions |
| 10 | | 7/1/2020 | X | X | Peru bank document |
| 11 | | 7/1/2020 | X | X | List of Tenants |
| 12 | | 7/1/2020 | X | X | Timeline |
| 13 | | 7/1/2020 | X | X | Torres Green Card Application |
| 14 | | 7/1/2020 | X | X | Wire from "Antonieta Mena" to Jenna Sarica |
| | | | | | |
| | 1 | 7/1/2020 | X | X | Brito Medical Center |
| | 2 | 7/1/2020 | X | X | Counsel e-mails 5/22/2020 - 6/29/2020 |
| | 3 | 7/1/2020 | X | X | DOJ letter 6/2/2020 |
| | 4 | 7/1/2020 | X | X | Counsel e-mails 6/9/2020 - 6/29/2020 |
| | 5 | 7/1/2020 | X | X | DOJ letter 6/10/2020 |
| | 6 | 7/1/2020 | X | X | DOJ letter 6/10/2020 (pre-arrest/pre-charge agreement) |
| | 7 | 7/1/2020 | X | X | DOJ letter 6/17/2020 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   2   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America vs. Laura Luz Maria Torres Romero | | | | | CASE NO. 20-mj-8229-DLB |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 8 | 7/1/2020 | X | X | DOJ letter 6/19/2020 |
| | 9 | 7/1/2020 | X | X | As is residential contract for sale and purchase (3016 Stanford Road) |
| | 10 | 7/1/2020 | X | X | Standard promissory note |
| | 11 | 7/1/2020 | X | X | Tirdent title - estimated seller's statement |
| | 12 | 7/1/2020 | X | X | Final closing disclosure |
| | 13 | 7/1/2020 | X | X | Chase wire transfer outgoing request |
| | 14 | 7/1/2020 | X | X | TransAmerican Title & Settlement Services |
| | 15 | 7/1/2020 | X | X | As is residential contract for sale and purchase (9434 Pinto Drive) |

Page 2 of 2 Pages