UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80072-CR-MARRA

UNITED STATES OF AMERICA )
)
v. )
)
LAURA LUZ MARIA TORRES ROMERO, )
)
Defendant. )
)

**NOTICE OF PARTIES' STIPULATIONS AND
JOINT MOTION FOR ENTRY OF AMENDED JUDGMENT AND CANCELLATION
OF HEARING**

The United States, by and through the undersigned Assistant United States Attorney, and the defendant, Laura Luz Maria Torres Romero, by and through undersigned counsel, hereby (1) enter into the following stipulations as to the final restitution amounts owed in this case, (2) move the Court to order restitution and enter an amended judgment consistent with these stipulations, and (3) move the Court to cancel the restitution hearing currently scheduled for September 10, 2021 at 10:00 A.M.

Pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, and in consultation with the identified victims, the parties agree to the following:

1. As to Count 1, the defendant agrees to pay restitution in the total amount of $2,431,377.10, payable to the victims as further indicated in Exhibit A to this Stipulation, and for which amount she is jointly and severally liable with any amount of restitution ordered as to co-defendant Melanie Wilhelm;

2. As to Count 2, the defendant agrees to pay restitution in the amount of $1,334,843.26 to the U.S. Department of Treasury, Internal Revenue Service, for which amount she is jointly and severally liable with any amount of restitution ordered as to co-defendant Melanie Wilhelm; and

3. As to Count 3, the defendant agrees to pay restitution in the amount of $67,374 to the U.S. Department of Agriculture.

WHEREFORE, the parties respectfully request that the Court accept these joint stipulations, amend the judgment issued on June 24, 2021 in accordance with the parties' stipulations, and cancel the restitution hearing currently scheduled for September 10, 2021.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 9/15/2021  By: _____
ALEXANDRA CHASE
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501746
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1011
Fax: (561) 659-4526
alexandra.chase@usdoj.gov

Date: 9/15/2021  By: _____
BRUCE A. ZIMET, ESQ.
COUNSEL FOR THE DEFENDANT

Date: 9/15/21  By: _____
LAURA LUZ MARIA TORRES ROMERO
DEFENDANT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Alexandra Chase
ALEXANDRA CHASE
Assistant United States Attorney

# EXHIBIT A

| NAME | RESTITUTION AMOUNT |
|---|---|
| AGUILAR DE RAMIREZ, BLANDY | 5,335.00 |
| AGUILAR LOPEZ, NOE | 13,415.00 |
| AGUILAR-BAMACA, LUZVY M | 1,700.00 |
| AGUILAR-DIAZ, AURELIANO M | 12,000.00 |
| AGUILAR-DOMINGO, LEONARDO | 5,052.00 |
| ALONZO FRANCISCO, DOMINGO | 7,400.00 |
| ALONZO-ANDRES, ANGELINA | 4,825.00 |
| ALONZO-FRANCISCO, EULALIA | 7,950.00 |
| AMBROCIO-TOMAS, IRENE | 7,750.00 |
| ANDRES PASCUAL, JUAN | 18,600.00 |
| ANDRES-DOMINGO, CATARINA | 2,925.00 |
| ANDRES-MIGUEL, ANA | 4,190.00 |
| ANDRES-PASCUAL, PASCUAL | 4,850.00 |
| ANDRES-PASCUAL, ROSA | 7,740.00 |
| ANTONIO-DIEGO, MARUCA | 6,450.00 |
| ARIAS RODRIGUEZ, CRISTINA | 4,700.00 |
| ATANICO-PEREZ, MARIA INES | 7,235.00 |
| BALDERAS-BASILO, CARLOS J | 1,000.00 |
| BAMACA-Y-BAMACA, TEODORO | 6,400.00 |
| BARRERA-LUX, ENRIQUE | 5,025.00 |
| BARTOLON DE MORALES, ELVIRA | 2,410.00 |
| BARTOLON-MORALES, LEONEL | 8,400.00 |
| BRAVO MORALES, LEONEL | 6,250.00 |
| BRAVO-CINTO, SABINO H | 3,200.00 |
| BRITO-HERRERA, MAGDALENA | 5,166.30 |
| CABRERA, IMILSYS | $4,250.00 |
| CACATZUM QUIM DE MACHIC, CATARINA | 3,450.00 |
| CALAN, NORMA ANDREA | 1,675.00 |
| CALDERON-RODRIGUEZ, BORIS | 3,975.00 |
| CALEL-XILOJ, MANUEL | 3,200.00 |
| CALEL-XILOJ, TEODORO | 8,950.00 |
| CARILLO JUAN, JUAN | $8,570.00 |
| CARMONA DOMINGUEZ, YULIANA | $10,000.00 |
| CARRENO-ROVETTO, ROSALEEN | 3,250.00 |
| CARRILLO-CASTRO, LEONSA | 4,575.00 |
| CARRILLO-JUAN, JUAN | 5,450.00 |
| CASTRO-VAZQUEZ, JORGE L. | 15,820.00 |
| CHAJ CHAJ, MOISES ALBERTO | $9,000.00 |
| CHAJ HERNANDEZ, ROSMERY | $4,500.00 |
| CHAJ-CHAJ, IZABEL | 4,250.00 |
| CHAJ-CHAJ, TITO AMADEO | 4,700.00 |
| CHAJ-MARROQUIN, EDGAR A | 6,100.00 |
| CHAJ-Y-CHAJ, ERMICELDA | 6,400.00 |
| CHIRINOS-HERRERA, SKARLI | 8,760.00 |
| CIGARROA-MORENO, ABRAHAM | 8,840.00 |
| CRISTOBAL-ESTEBAN, MARIA C. | 6,200.00 |

| | |
|---|---:|
| CRUZ-CABRERA, JOSE C | 140.00 |
| CRUZ-DIAZ, SANTOS NOEL | 4,470.00 |
| CRUZ-RABADAN, FILIBERTO | 14,650.00 |
| CRUZ-RABADAN, GLORIA | 5,480.00 |
| CRUZ-RABADAN, JOSE ISABEL | 5,720.00 |
| D. VELASQUEZ, DORIS | $3,000.00 |
| DE LEON-ZUNUN, SARA | 6,255.00 |
| DE TOMAS ANDRES, TOMAS | 6,651.00 |
| DeOLIVEIRA BOECHAT, RAPHAEL | 16,225.00 |
| DIAZ ROBLERO, Angelica | 9,120.00 |
| DIAZ ROBLERO, Augusto | 6,380.00 |
| DIEGO JUAN, MARIA | 5,450.00 |
| DIEGO-ALONZO, ELVIA | 20,000.00 |
| DIEGO-ALONZO, FRANCISCO | 12,600.00 |
| DISCUA-ZELAYA, EDA LETICIA | 3,950.00 |
| DOMINGO GASPAR, MELCHORA | $4,100.00 |
| DOMINGO-AJPOP, MARIA J | 1,700.00 |
| DOMINGO-FELIPE, ORALIA A | 3,400.00 |
| DOMINGO-MALDONADO, ALONSO | 3,330.00 |
| DOMINGO-MANUEL, ROMEO | 8,100.00 |
| DOMINGO-PEREZ, GILBERTO | 10,250.00 |
| ESCALANTE PEREZ, Amalia | 6,775.00 |
| ESCALANTE PEREZ, Francisco | 3,200.00 |
| ESCALANTE RAMIREZ, Norma | 9,120.00 |
| ESCALANTE-PEREZ, AROLDO | 5,550.00 |
| ESCORCIA GRANDE, Omar | 8,580.00 |
| FELIX-PEDRO, TEREZA | 20,000.00 |
| FIGUEROA-DISCUA, CINTIHA Y | 5,225.00 |
| FRANCISCO , ERMELINDA | $1,000.00 |
| FRANCISCO MANUEL, SEBASTIAN | 7,100.00 |
| FRANCISCO TOMAS, Andres | 10,860.00 |
| FRANCISCO, NATIVIDAD | 3,315.00 |
| FRANCISCO-FRANCISCO, MAGDALENA | 2,000.00 |
| FRANCISCO-FRANCISCO, MICAELA | 6,725.00 |
| FRANCISCO-JIMENEZ, ALFREDO | 5,450.00 |
| FRANCISCO-JUAN, JUAN | 6,240.00 |
| FRANCISCO-MATEO, CARMEN | 7,867.50 |
| FRANCISCO-NOLASCO, ROLANDO | 5,075.00 |
| FRANCISCO-PASCUAL, MARTIN | 5,085.00 |
| FRANCISCO-TOMAS, MARIA | 1,775.00 |
| FRANCSICO-FRANCISCO, CRISTIAN | 8,510.00 |
| FUENTES-VELASQUEZ, JOSE G | 5,025.00 |
| FUENTES-VELASQUEZ, OLGA M | 5,025.00 |
| GABRIEL-VELASQUEZ, EDELMIRA | 6,075.00 |
| GABRIEL-VELASQUEZ, JUANA | 7,500.00 |
| GALEANO-QUIROZ, CHRISTOPHER | 4,239.50 |
| GALLEGOS-AGUILLON, ALEJANDRO | 5,200.00 |

| Name | Amount |
|---|---|
| GALVEZ PEREZ, DEISY | $9,000.00 |
| GAMAS-GARCIA, JORGE M | 7,000.00 |
| GARCIA-GOMEZ, MYNOR JOEL | 4,230.00 |
| GARCIA-GONZALEZ, MARIO A | 4,950.00 |
| GARCIA-JIMENEZ, EZEQUIEL | 12,275.00 |
| GARCIA-PASCUAL, JUANA | 10,180.00 |
| GARCIA-RAMOS, RAMON T | 4,755.00 |
| GARRIL-PEREZ, FAUSTO | 9,250.00 |
| GASPAR-FELIX, ANGELINA | 8,685.00 |
| GASPAR-JIMENEZ, ISABELA | 7,550.00 |
| GIRON-ESCOBAR, FRANCISCA | 6,000.00 |
| GODINEZ-LOPEZ, MARCOS | 17,101.00 |
| GOMEZ LOPEZ, JOSEFINA | 7,175.00 |
| GOMEZ-DE LEON, SONIA | 2,440.00 |
| GOMEZ-DE LEON, WALTER | 8,050.00 |
| GOMEZ-GONZALEZ, YURI Y | 4,650.00 |
| GOMEZ-MATEO, FAUSTINO | 1,675.00 |
| GOMEZ-MENDEZ, JOSE E | 17,135.00 |
| GOMEZ-VASQUEZ, SERGIO | 1,600.00 |
| GONZALEZ MAZA, ANDIVAL | $1,600.00 |
| GONZALEZ-AMBRIZ, BARTOLA | 4,100.00 |
| GONZALEZ-GOMEZ, ORALIA E | 4,450.00 |
| GONZALEZ-GONZALEZ, IMELDA | 4,375.00 |
| GONZALEZ-MAZARIEGOS, JULIO | 5,425.00 |
| GONZALEZ-MORALES, JORGE | 7,800.00 |
| GONZALEZ-PEREZ, ALEXIX W | 250.00 |
| GUARDADO ALFARO, JUAN | 6,775.00 |
| GUTIERREZ-LOPEZ, FRANCISCA | 6,050.00 |
| HEREDIA GUZMAN, Antonia | 4,500.00 |
| HERNANDEZ ALFARO, Leopoldo | 6,410.00 |
| HERNANDEZ PUENTES, Ernesto | 5,550.00 |
| HERNANDEZ, ILZA HOCIRIS | 8,587.00 |
| HERNANDEZ-ALVAREZ, JUANA | 5,375.00 |
| HERNANDEZ-CHAJ, FLORIBERTA | 2,210.00 |
| HERNANDEZ-CHAJ, KAIN J | 4,425.00 |
| HERNANDEZ-MENDOZA, SANDRA A | 3,750.00 |
| HERNANDEZ-PAZ, EVARISTO | 7,950.00 |
| HERRERA , GABRIELA | $6,400.00 |
| HUICOCHEA ALARCON, GILBERTO | $2,295.00 |
| IXMAY PELICO, JESUS B | 5,200.00 |
| IXMAY-PELICO, AURELIANO | 3,800.00 |
| JIMENEZ DIAZ, MARISOL | 6,460.00 |
| JIMENEZ-DOMINGO, JUANA | 6,750.00 |
| JIMENEZ-MARCOS, JUAN E | 4,550.00 |
| JOSE-GASPAR, LEONSO | 8,300.00 |
| JOSE-GASPAR, TERESA | 5,950.00 |
| JOSE-MATEO, FELIPE | 13,910.00 |

| Name | Amount |
|---|---|
| JUAN -ANDRES-JUANA | 7,100.00 |
| JUAN-ANDRES, CANDELARIA | 6,651.00 |
| JUAN-MATEO, MARTA | 9,550.00 |
| JUAN-SEBASTIAN, MATEO | 5,650.00 |
| JUAREZ-MENDEZ, SANTOS | 6,532.00 |
| LEMUS-ESCOBAR, GLENDY M. | $15,000.00 |
| LOBO-MORALES, YOBANY A | 7,400.00 |
| LOPEZ PEREZ, VALDEMAR | 8,950.00 |
| LOPEZ-CARRILLO, OSCAR D | 1,725.00 |
| LOPEZ-GODINEZ, APOLINARIO | 5,280.00 |
| LOPEZ-GOMEZ, AUSENCIO P | 4,600.00 |
| LOPEZ-GOMEZ, GABINA | 5,025.00 |
| LOPEZ-LOPEZ, DENER | 13,500.00 |
| LOPEZ-LOPEZ, LEONEL TRANSITO | 8,259.00 |
| LOPEZ-MARTINEZ, FLORENDINO | 5,155.00 |
| LOPEZ-MARTINEZ, MARIO | 5,255.00 |
| LOPEZ-MARTINEZ, SENEN | 5,055.00 |
| LOPEZ-MENDOZA, EMILIANA | 4,740.00 |
| LOPEZ-MORALES, DOROTEO | 5,680.00 |
| LOPEZ-OROZCO, FLORINDA R. | 7,100.00 |
| LOPEZ-PEREZ, MARIA CECILIA | 4,775.00 |
| LOPEZ-PEREZ, SILVIA | 8,750.00 |
| LOPEZ-RAMOS, RONALD I | 5,894.00 |
| LOPEZ-RAYMUNDO, ELVIRA | 4,825.00 |
| LOPEZ-TOMAS, ELISEO E | 2,660.00 |
| LOPEZ-VELASQUEZ, REYNA Y | 5,065.00 |
| LORENZO-MARROQUIN, ULIZAR | 5,325.00 |
| LUCAS ESCOBEDO, ORBELIO L. | 3,225.00 |
| LUCAS MENDEZ, MAUDILIO | 80.00 |
| LUNA-MUNOZ, FLOR | 7,260.00 |
| MACARIO-DE LEON, JORGE F | 2,000.00 |
| MACHIC-YAC, JUAN DAVID | 4,825.00 |
| MANUEL ANDRES, MELINDA | 5,950.00 |
| MANUEL FELIZ, MARIO | 4,885.00 |
| MARAVILLA BARAHONA, VICTOR | 5,475.00 |
| MARCARIO MATIAS, CANDELARIA | 5,350.00 |
| MARCARIO-ANDRES, WILSON | 5,565.00 |
| MARROQUIN GARCIA, OFELIA | 3,160.00 |
| MARTINEZ FIGUEROA, TONY A | 5,125.00 |
| MATEO FRANCISCO, PEDRO | 10,000.00 |
| MATEO-PEDRO, DAVID | 9,550.00 |
| MATEO-PEDRO, MARIO | 4,825.00 |
| MATIAS DOMINGO, MATEO | $6,000.00 |
| MATIAS JUAN, ANGELINA | 4,090.00 |
| MATIAS PEDRO, FRANCISCO | 5,275.00 |
| MATIAS-JOSE, ANGEL | 9,265.00 |
| MAYA RAMOS, Miriam | 4,500.00 |

| | |
|---|---:|
| MAZARIEGOS ESCALANTE, NAYELI | 5,150.00 |
| MAZARIEGOS VASQUEZ, Floricelda | 12,000.00 |
| MAZARIEGOS-ESCALANTE, ADYMY | 5,700.00 |
| MEJIA ALFARO, JOSE DENIS | 11,750.00 |
| MEJIA COX, ISMAEL | 3,975.00 |
| MEJIA GARCIA, MARIA F | 4,380.00 |
| MEJIA PEREZ, MARIA ALIRIA | $10,300.00 |
| MENDEZ AGUILAR, VICTOR R | 4,825.00 |
| MENDEZ CARBAJAL, MISAEL | 4,700.00 |
| MENDEZ LOPEZ, EMA DALILA | 5,535.00 |
| MENDEZ LOPEZ, SILVIA E | 4,925.00 |
| MENDEZ MENDEZ, Rodolfo | 5,900.00 |
| MENDEZ REYNOSO, Alberto | 6,265.00 |
| MENDOZA GARCIA, MARIA | 1,000.00 |
| MENJIVAR CARDENAS, NARYOBIS | 4,500.00 |
| MIGUEL GASPAR, EXEQUIEL | 10,450.00 |
| MIGUEL GASPAR, JUAN | 6,400.00 |
| MIGUEL JOSE, ARMANDO | 4,775.00 |
| MIGUEL JUAN, DOMINGO | 7,350.00 |
| MIGUEL JUAN, Jorge | 8,686.00 |
| MIGUEL JUAN, MARIO | 7,400.00 |
| MIGUEL VIRVES, CATARINA | 4,855.00 |
| MILLAN SUAREZ, Fredi | 11,955.00 |
| MILLAN SUAREZ, Tomas | 12,105.00 |
| MIRANDA, JUAN PEDRO | 5,975.00 |
| MONTALVO DE JESUS, LEOBARDO | 6,700.00 |
| MONZON VALDEZ, OTILIO D | 6,100.00 |
| MORALES BARTOLON, CIDRINA | 2,410.00 |
| MORALES BARTOLON, ESTELA | 7,710.00 |
| MORALES BARTOLON, Hugolindo | 7,710.00 |
| MORALES BARTOLON, ROSULO | 5,410.00 |
| MORALES PEREZ, ELDER | 6,475.00 |
| MORALES SANCHEZ, Wilson | 8,700.00 |
| MORALES TZERECH, LUCAS | 6,198.00 |
| MORALES VIDES, MAYNOR J | 7,550.00 |
| MORATAYA LOPEZ, YENNER | 4,250.00 |
| MOREIRA HERNANDEZ, MARVIN | 5,525.00 |
| MORENO MADRID, KENIA C | 1,500.00 |
| MORENTE LOPEZ, EDGAR M | 4,925.00 |
| NAVARRO VELAZQUEZ, HIPOLITO | 7,025.00 |
| NOLASCO-GARCIA, SANTIAGO | 14,415.00 |
| NUNEZ-CRUZ, DILCY YAMILETH | 8,950.00 |
| OJEDA-INES, LEOBARDA | 5,576.00 |
| ORAMA, RAUL | 2,130.00 |
| ORDONEZ ALVARADO, SAMUEL | 4,150.00 |
| ORDONEZ HERNANDEZ, JEYNER D | 10,200.00 |
| ORTIZ-ROBLERO, ZOILA | 5,550.00 |

| Name | Amount |
|---|---|
| PABLO ANDRES, CANDELARIA | 5,125.00 |
| PABLO-DOMINGO, MARTA | 7,925.00 |
| PABLO-FRANCISCO, ANA | 3,305.00 |
| PARRA-TREVIZO, ANASTACIO | 7,325.00 |
| PASCUAL FRANCISCO, FERNANDO | 7,725.00 |
| PASCUAL FRANCISCO, PEDRO | 5,137.00 |
| PASCUAL JIMENEZ, CATARINA | 8,000.00 |
| PASCUAL JOSE, FRANCISCO | 5,275.00 |
| PASCUAL TOMAS, ANDRES | 8,550.00 |
| PASCUAL-ANDRES, MARIA | 7,000.00 |
| PASCUAL-JOSE, ANGELINA | 6,675.00 |
| PEDRO , MELCHORA | $9,100.00 |
| PEDRO ALONZO, JIMENEZ | 5,000.00 |
| PEDRO JOSE, JUANA | 5,375.00 |
| PEDRO MIGUEL, ALEJANDRO | 8,650.00 |
| PEREZ BAUTISTA, ELDER M | 5,555.00 |
| PEREZ BERDUO, ENRIQUE S. | 1,610.00 |
| PEREZ BERDUO, FABIO | 5,650.00 |
| PEREZ DIAZ, MARIO | 7,050.00 |
| PEREZ DOMINGO, LUZ Y | 600.00 |
| PEREZ FRANCISCO, DIEGO F | 8,090.00 |
| PEREZ HERNANDEZ, TEODORA | $12,000.00 |
| PEREZ MEJIA, ADOLFO | 2,200.00 |
| PEREZ MORALES, ROSELIA A | 5,200.00 |
| PEREZ PEREZ, WILFREDO | 7,200.00 |
| PEREZ ROBLERO, MAGNOLIA E | 4,100.00 |
| PEREZ VASQUEZ, MARIO | 5,265.00 |
| PEREZ VELASQUEZ, MAYNOR | 2,130.00 |
| PEREZ-CLAUDIO, GLADYS | 7,775.00 |
| PEREZ-LOPEZ, HERMINO V | 6,535.00 |
| PEREZ-PEREZ, AURA | 6,475.00 |
| PEREZ-SALES, ELIZABETH F | 8,100.00 |
| PEREZ-VELASQUEZ, JOSEFA | 6,900.00 |
| PU, FRANCISCO | 5,110.00 |
| PU-CASTRO, FILOMENO | 1,735.00 |
| QUEVEDO-AYALA, JOSE MIGUEL | 7,550.00 |
| QUIROZ, SILVIO GABRIEL | 4,239.00 |
| RAMIREZ CARDONA, JESUS | 7,550.00 |
| RAMIREZ CRUZ, ELMER | 2,677.30 |
| RAMIREZ MENDEZ, ONOFRE | 5,335.00 |
| RAMIREZ MENDEZ, SAMUELA A | 5,335.00 |
| RAMIREZ MORENO, ERICK JOSE | 6,650.00 |
| RAMIREZ ROBLERO, RITA C | 5,995.00 |
| RAMIREZ SEBASTIAN, FABIANA | 4,825.00 |
| RAMIREZ-LOPEZ, CANDELARIA | 8,820.00 |
| RAMOS LANDAVERDE, FRANCISCA | $5,000.00 |
| RAMOS-SANCHEZ, VICTOR | 13,475.00 |

| Name | Amount |
|---|---|
| RASGADO LOPEZ, MIRA | 3,000.00 |
| RAYMUNDO VARGAS, JUAN | 4,760.00 |
| RIERA-PADILLA, MARTHA L | 4,875.00 |
| RIVERA MARTINEZ, WILMER E | 3,950.00 |
| RIVERA MORALES, FRANCISCO | 5,155.00 |
| RIVERA-ARECHIGA, ANGEL D | 5,285.00 |
| ROBLERO PEREZ, FELICIANO | 10,000.00 |
| ROBLERO PEREZ, MARINA | 6,360.00 |
| RODRIGUEZ MARTINEZ, FRANCISCO | 6,950.00 |
| RODRIGUEZ MARTINEZ, MIGUEL | 7,185.00 |
| RODRIGUEZ PEREZ, ALEJANDRA | 5,050.00 |
| RODRIGUEZ PEREZ, SARUHEN | 4,400.00 |
| RODRIGUEZ VELASQUEZ, ROCAEL | 6,100.00 |
| RODRIGUEZ, TERESITA | 5,915.00 |
| RODRIGUEZ-CANTU, RICARDO | 3,900.00 |
| RODRIGUEZ-MARTINEZ, DANIS M | 6,927.00 |
| RODRIGUEZ-NAVARRO, ABELARDO | 6,450.00 |
| RODRIGUEZ-SANCHEZ, PABLO H | 12,950.00 |
| ROMERO SANCHEZ, DANNY H | 6,175.00 |
| ROMERO-JUAREZ, JOSE A | 12,235.00 |
| ROSA SANTOS, ESTEBAN | 4,380.00 |
| SALINAS-MILLAN, MARIA E | 9,220.00 |
| SANCHEZ DIAZ, MAXIMA | 6,800.00 |
| SANCHEZ GONZALEZ, MANFREDO | 5,125.00 |
| SANCHEZ-GONZALEZ, JOSE E | 9,775.00 |
| SANTIZO-MORALES, ARTURO | 8,660.00 |
| SANTOS GARCIA, LETICIA | 1,450.00 |
| SANTOS LOPEZ, EDILBERTO | 8,800.00 |
| SEBASTIAN DIEGO, ANGELINA | 4,825.00 |
| SEBASTIAN DIEGO, FRANCISCO | 6,150.00 |
| SEBASTIAN DIEGO, RUTH N | 6,150.00 |
| SEBASTIAN MARTIN, ALONZO | 10,025.00 |
| SERRATA-BISONO, PEDRO J | 600.00 |
| SIMON PABLO, MARIA | 1,275.00 |
| SIQUINA SOP, FRANCISCO | 7,770.00 |
| SOLARES TORRES, HECTOR O | 7,587.00 |
| SOLEDAD HERNANDEZ, ENELVINA | $9,000.00 |
| SOTO MIGUEL, MARY | $5,650.00 |
| SOTO-ROBLERO, LESVY | 14,305.00 |
| SOTO-ROBLERO, SANTOS R | 17,735.00 |
| SOTO-SANTIZO, CELIA | 20,400.00 |
| SOTO-ZUNUN, ASARAEL | 11,200.00 |
| SPIRONELLO, ROBERTA CRISTIANE | 12,050.00 |
| TECUM-CHUMIL, JOSE | 5,825.00 |
| TEMA LOPEZ, ANGELA M | 7,750.00 |
| TOMAS AMBROCIO, MAXIMO | 9,450.00 |
| TOMAS FRANCISCO, DOMINGO | $3,000.00 |

| Name | Amount |
|---|---:|
| TOMAS-FRANCISCO, MARUCA | 8,990.00 |
| TOMAS-GASPAR, DOLORES | 9,885.50 |
| TOMAS-JUAN, ANGELINA | 5,116.00 |
| TORRECILLA CASTILLO, MARIA | 5,620.00 |
| TORRES TORRES, JULIAN ADRIAN | $19,308.00 |
| TORRES-NUNEZ, JORGE | 4,500.00 |
| TRINIDAD, MARTINIANO | 7,661.00 |
| TURCIOS MARTINEZ, MIGUEL A | 7,872.00 |
| UMANZOR, MERLY MARITZA | 4,950.00 |
| VASQUEZ GABRIEL, CESAR Y | 7,200.00 |
| VASQUEZ MORALES, AMADO | 5,860.00 |
| VASQUEZ PAXTOR, FRANCISCO SAUL | $15,000.00 |
| VASQUEZ PEREZ, WILMER | 3,990.00 |
| VASQUEZ RAMIREZ, FERNANDO | 2,950.00 |
| VASQUEZ RAMIREZ, KARLA J | 630.00 |
| VASQUEZ VELASQUEZ, RUFINO | 7,805.00 |
| VASQUEZ-GUARDADO, VICTOR | 3,700.00 |
| VASQUEZ-OROZCO, AMARILIS | 8,270.00 |
| VASQUEZ-PEREZ, IRMAN M | 8,050.00 |
| VELASQUEZ , SONIA | $800.00 |
| VELASQUEZ DE LEON, OFELIA | 300.00 |
| VELASQUEZ MEJIA, JAIME | 7,920.00 |
| VELASQUEZ MORALES, ADAN | $9,000.00 |
| VELASQUEZ PEREZ, JORGE | 1,900.00 |
| VELASQUEZ PEREZ, MICAELA | 3,730.00 |
| VELASQUEZ RODRIGUEZ, EMILIA | 5,730.00 |
| VELASQUEZ RODRIGUEZ, PABLO | 4,450.00 |
| VELASQUEZ ZUNUN, ELKI G | 21,725.00 |
| VELASQUEZ, URIEL | 15,235.00 |
| VELASQUEZ-PEREZ, FELIPE B | 18,097.00 |
| VELASQUEZ-RAMOS, OSCAR | 6,575.00 |
| VELASQUEZ-VELASQUEZ, ABEL J | 7,650.00 |
| VICENTE GOMEZ, SELVIN N | 6,900.00 |
| VICENTE PEREZ, MATEO E | 6,150.00 |
| VICENTE PEREZ, WILFREDO E | 5,950.00 |
| VICENTE XILOJ, PEDRO A | 5,805.00 |
| VICENTE-GARCIA, ALICIA | 2,130.00 |
| VICENTE-GARCIA, JACINTO PABLO | 4,310.00 |
| VILLANUEVA HENRIQUEZ, DARWIN | 4,100.00 |
| VILLATORO-Y-VILLATORO, LEONZO | 6,225.00 |
| XIC-QUIEJ, VENTURA | 7,770.00 |
| XIVIR-POZ, JOSE VENICIO | 8,450.00 |
| ZACARIAS AGUILAR, EDELMIRA | 5,025.00 |
| ZUBIARUR-GARCIA, CARLOS E | 1,550.00 |
| ZUNUN ZUNUN, LEVY E | 2,875.00 |
| **TOTAL COUNT 1** | **2,431,377.10** |